UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANG & OLUFSEN A/S,<br><br>                                       Plaintiff,<br><br>v.<br><br>15626122961, 18520780903, ALICY2493, AMILA, ANDY BOUTIQUE STORE, BBLISHIWO, BLUE SKY GREEN SEA, BOOMLY, BOYCE, CAPFUYOU5703, CFORKTY, CZYOUTH0222, DEIDEI6666, DHYYOUTH0113, DSLKJFO5, DTYO31WW, DUXIAOXUELN99075, ESEPRENY BABY'S, FFGHM, FGJD7UY63, FGSRTWARTAW, FGXXHGRT, FHGDTR, FHGRTRE, FLOWERTON, FLTYRJVRG, FULL CAT, GCJAETWRQWEQW, HAPPY-LXL, HILLKY, HIS983Y7, HOLLESPIRATE, HOME CHENKU, HOP WITH YOUR FEELING, HOURMINU5, ILUMINATY, INABINE, IRNTBFDOE, ISNJA, JIANGKUN HOME STORE, JIECHENGDIANZI, JUNETRY, KUANGDUANG, LKSDJKGAL, LUOTIANXIU, MARICHU, NBSQ, NVMCFHSERT, PDORMMGDF, PEAHER, PERSPECTIVE01, PIPIXIADEAI, QITANGDASHENGSUN, RENXINGBENSHAN, RRVTSPPPPP, SALE OFFICIAL STORE, SANKUTOY20, SHOP-STORE, SOLEDABRAVOIMPORT, SONGYUANYU, STT6556, SUNCHENGJING, SUNNY118, SUNSHINE WALL, SUNYANZHI, SZMLOVE, VCGJV, WANGSAN, WBT525, WEICHENPEN, WSP5322132, XIAOBINGFENGING, XULULUO, XUMINGSHOP, YANHEMUKQ, YIFANG2015, YUERNCVHF, ZHAOYALIN5155 and ZHOU12345,<br>                                       Defendants. | 20-cv-10416 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

       On January 6, 2021, Plaintiff informed the Court that each of Defendants has been served and that this case may be unsealed. Accordingly, the Clerk is directed to unseal this case; the

Court will unseal its Orders of December 21, 2020, and January 11, 2021, and file them on the public docket; and Plaintiff shall publicly file the supporting documents for the Orders.

SO ORDERED.

Dated: January 12, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge